UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                CASE NO. 6:14-bk-03020-CCJ

DARDA BIEBERLE.                                            CHAPTER 13

    Debtor.
_____/

## Chapter 13 Plan

COMES NOW, the Debtor, DARD BIEBERLE, by and through the undersigned counsel, and files this Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

### PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1- 60 | $10,629.54 |

The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| L. William Porter III | $2,500.00 | $500.00 | 1-5 |
| L. William Porter III | $2,750.00 | $50.00 (monitoring) | 6-60 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Midland Mortgage | $47,218.87 | $1,112.56 | 1-60[1] |
| Chase Bank | $60,000.00[2] | $872.13 | 1-60[3] |
| Chase Bank | $50,835.63 | $683.47 | 1-60[4] |
| SES | $75,896.16 | $699.29 | 1-60[5] |
| SPS | $55,301.85 | $629.03 | 1-60[6] |
| Wells Fargo | $55,839.32 | $400.21 | 1-60[7] |
| Carrington | $162,833.22 | $1,781.68 | 1-60[8] |
| Fifth Third Bank | $90,000.00[9] | $531.88 | 1-60[10] |
| Wells Fargo | $144,978.32 | $1,023.10 | 1-60[11] |

---

[1] Property at 2440 and 2442 Fielding Court, Orlando, FL
[2] Approximation of total pending receipt of statement from lender
[3] Property at 2463 and 2465 Fielding Court, Orlando, FL
[4] Property at 2472 and 2474 Fielding Court, Orlando, FL
[5] Property at 2618 Lafayette Avenue, Winter Park, FL
[6] Property at 251 and 253 Concord Avenue, Casselberry, FL
[7] Property at 3180 Pittman Road, Apopka, FL
[8] Property at 2606 Mandan Trail, Winter Park, FL
[9] Approximation of total pending receipt of statement from lender
[10] Property at 2606 Mandan Trail, Winter Park, FL (Second Mortgage)
[11] Property at 2606 Mandan Trail, Winter Park, FL (Third Mortgage)

Secured Arrearage

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Carrington | $53,907.17 | $1,004.99 | 1-60[12] |

Secured Gap Payments

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

Property to Be Surrendered:

| Creditor Name: | Property Description: |
|---|---|

NONE

Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

Executory Contracts:

The following Executory Contracts are assumed

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

NONE

The following Executory Contracts are rejected:

| Name of Creditor: | Description of Collateral: |
|---|---|

NONE

---

[12] Property at 2606 Mandan Trail, Winter Park, FL; Payable over a 60-month term at 4.5% interest

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **100%**[13]

Property of the Estate revests in the Debtor upon confirmation of the Plan.

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of the Debtor was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 30th day of April, 2014.

_____
Debtor

/s/ L. William Porter III
L. William Porter III
Florida Bar No. 0116882
BOGIN, MUNNS & MUNNS, P.A.
2601 Technology Drive
Orlando, Florida 32804
Telephone: 407-578-1334
Facsimile: 407-578-4444
Primary E-mail: bporter@boginmunns.com
Secondary E-mail: bmmservice@boginmunns.com
*Counsel for Debtor*

---

[13] $15,305.90 in scheduled unsecured debt

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing, DEBTOR'S CHAPTER 13 PLAN, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: the Debtor; the Chapter 13 Trustee; and, the Local Rule 1007-2 Parties-in-interest list, as shown on the matrix attached to the original of this application filed with the Court; and the U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, on the 30th day of April, 2014.

/s/ L. William Porter III
L. William Porter III

| DUE DATE 10th | | 5/1/2014 Unsecured | | Debtor Pmt | 10.0% Tee Fee | | ATTY | | MIDLAND | | CHASE | | CHASE | | SES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 60 | 60 | | | | | | | | | | | | |
| 5/1/2014 | 1 | $328.25 | | $10,629.54 | $1,062.95 | 1 | $500.00 | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 6/1/2014 | 2 | $328.25 | | $10,629.54 | $1,062.95 | | $500.00 | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 7/1/2014 | 3 | $328.25 | | $10,629.54 | $1,062.95 | | $500.00 | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 8/1/2014 | 4 | $328.25 | | $10,629.54 | $1,062.95 | | $500.00 | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 9/1/2014 | 5 | $328.25 | | $10,629.54 | $1,062.95 | 4 at | $500.00 | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 10/1/2014 | 6 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 11/1/2014 | 7 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 12/1/2014 | 8 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 1/1/2015 | 9 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 2/1/2015 | 10 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 3/1/2015 | 11 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 4/1/2015 | 12 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 5/1/2015 | 13 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 6/1/2015 | 14 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 7/1/2015 | 15 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 8/1/2015 | 16 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 9/1/2015 | 17 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 10/1/2015 | 18 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 11/1/2015 | 19 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 12/1/2015 | 20 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 1/1/2016 | 21 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 2/1/2016 | 22 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 3/1/2016 | 23 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 4/1/2016 | 24 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 5/1/2016 | 25 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 6/1/2016 | 26 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 7/1/2016 | 27 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 8/1/2016 | 28 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 9/1/2016 | 29 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 10/1/2016 | 30 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 11/1/2016 | 31 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 12/1/2016 | 32 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 1/1/2017 | 33 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 2/1/2017 | 34 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 3/1/2017 | 35 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 4/1/2017 | 36 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 5/1/2017 | 37 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 6/1/2017 | 38 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 7/1/2017 | 39 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 8/1/2017 | 40 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 9/1/2017 | 41 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 10/1/2017 | 42 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 11/1/2017 | 43 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 12/1/2017 | 44 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 1/1/2018 | 45 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 2/1/2018 | 46 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 3/1/2018 | 47 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 4/1/2018 | 48 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 5/1/2018 | 49 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 6/1/2018 | 50 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 7/1/2018 | 51 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 8/1/2018 | 52 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 9/1/2018 | 53 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 10/1/2018 | 54 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 11/1/2018 | 55 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 12/1/2018 | 56 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 1/1/2019 | 57 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 2/1/2019 | 58 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 3/1/2019 | 59 | $778.25 | | $10,629.54 | $1,062.95 | | | | $1,112.56 | | $872.13 | | $683.47 | | $699.29 |
| 4/1/2019 | 60 | $778.25 | 60 at | $10,629.54 | $1,062.95 | 55 at | | 60 at | $1,112.56 | 60 at | $872.13 | 60 at | $683.47 | 60 at | $699.29 |
| | | $44,444.76 | | $637,772.40 | $63,777.24 | | $2,500.00 | | $66,753.60 | | $52,327.80 | | $41,008.20 | | $41,957.40 |
| | | $15,305.90 | | | | | ATTY | | | | | | | | |
| | | 290% | | | | | | | | | | | | | |

| DUE DATE 10th | | | SPS | | WELLS | | CARRINGT | | 5TH3RD | | WELLS | | CARRINGT | | ATTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | | | | | |
| 5/1/2014 | 1 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | |
| 6/1/2014 | 2 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | |
| 7/1/2014 | 3 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | |
| 8/1/2014 | 4 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | |
| 9/1/2014 | 5 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | 5 at | |
| 10/1/2014 | 6 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 11/1/2014 | 7 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 12/1/2014 | 8 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 1/1/2015 | 9 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 2/1/2015 | 10 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 3/1/2015 | 11 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 4/1/2015 | 12 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 5/1/2015 | 13 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 6/1/2015 | 14 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 7/1/2015 | 15 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 8/1/2015 | 16 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 9/1/2015 | 17 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 10/1/2015 | 18 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 11/1/2015 | 19 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 12/1/2015 | 20 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 1/1/2016 | 21 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 2/1/2016 | 22 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 3/1/2016 | 23 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 4/1/2016 | 24 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 5/1/2016 | 25 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 6/1/2016 | 26 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 7/1/2016 | 27 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 8/1/2016 | 28 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 9/1/2016 | 29 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 10/1/2016 | 30 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 11/1/2016 | 31 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 12/1/2016 | 32 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 1/1/2017 | 33 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 2/1/2017 | 34 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 3/1/2017 | 35 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 4/1/2017 | 36 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 5/1/2017 | 37 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 6/1/2017 | 38 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 7/1/2017 | 39 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 8/1/2017 | 40 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 9/1/2017 | 41 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 10/1/2017 | 42 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 11/1/2017 | 43 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 12/1/2017 | 44 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 1/1/2018 | 45 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 2/1/2018 | 46 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 3/1/2018 | 47 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 4/1/2018 | 48 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 5/1/2018 | 49 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 6/1/2018 | 50 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 7/1/2018 | 51 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 8/1/2018 | 52 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 9/1/2018 | 53 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 10/1/2018 | 54 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 11/1/2018 | 55 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 12/1/2018 | 56 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 1/1/2019 | 57 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 2/1/2019 | 58 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 3/1/2019 | 59 | | $629.03 | | $400.21 | | $1,781.68 | | $531.88 | | $1,023.10 | | $1,004.99 | | $50.00 |
| 4/1/2019 | 60 | 60 at | $629.03 | 60 at | $400.21 | 60 at | $1,781.68 | 60 at | $531.88 | 60 at | $1,023.10 | 60 at | $1,004.99 | 55 at | $50.00 |
| | | | $37,741.80 | | $24,012.60 | | $106,900.80 | | $31,912.80 | | ######## | | ######## | | $2,750.00 |

| DUE DATE 10th | | | | | | | | | FINAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | |
| 5/1/2014 | 1 | | | | | | | | | |
| 6/1/2014 | 2 | | | | | | | | | |
| 7/1/2014 | 3 | | | | | | | | | |
| 8/1/2014 | 4 | | | | | | | | | |
| 9/1/2014 | 5 | | | | | | | | | |
| 10/1/2014 | 6 | | | | | | | | | |
| 11/1/2014 | 7 | | | | | | | | | |
| 12/1/2014 | 8 | | | | | | | | | |
| 1/1/2015 | 9 | | | | | | | | | |
| 2/1/2015 | 10 | | | | | | | | | |
| 3/1/2015 | 11 | | | | | | | | | |
| 4/1/2015 | 12 | | | | | | | | | |
| 5/1/2015 | 13 | | | | | | | | | |
| 6/1/2015 | 14 | | | | | | | | | |
| 7/1/2015 | 15 | | | | | | | | | |
| 8/1/2015 | 16 | | | | | | | | | |
| 9/1/2015 | 17 | | | | | | | | | |
| 10/1/2015 | 18 | | | | | | | | | |
| 11/1/2015 | 19 | | | | | | | | | |
| 12/1/2015 | 20 | | | | | | | | | |
| 1/1/2016 | 21 | | | | | | | | | |
| 2/1/2016 | 22 | | | | | | | | | |
| 3/1/2016 | 23 | | | | | | | | | |
| 4/1/2016 | 24 | | | | | | | | | |
| 5/1/2016 | 25 | | | | | | | | | |
| 6/1/2016 | 26 | | | | | | | | | |
| 7/1/2016 | 27 | | | | | | | | | |
| 8/1/2016 | 28 | | | | | | | | | |
| 9/1/2016 | 29 | | | | | | | | | |
| 10/1/2016 | 30 | | | | | | | | | |
| 11/1/2016 | 31 | | | | | | | | | |
| 12/1/2016 | 32 | | | | | | | | | |
| 1/1/2017 | 33 | | | | | | | | | |
| 2/1/2017 | 34 | | | | | | | | | |
| 3/1/2017 | 35 | | | | | | | | | |
| 4/1/2017 | 36 | | | | | | | | | |
| 5/1/2017 | 37 | | | | | | | | | |
| 6/1/2017 | 38 | | | | | | | | | |
| 7/1/2017 | 39 | | | | | | | | | |
| 8/1/2017 | 40 | | | | | | | | | |
| 9/1/2017 | 41 | | | | | | | | | |
| 10/1/2017 | 42 | | | | | | | | | |
| 11/1/2017 | 43 | | | | | | | | | |
| 12/1/2017 | 44 | | | | | | | | | |
| 1/1/2018 | 45 | | | | | | | | | |
| 2/1/2018 | 46 | | | | | | | | | |
| 3/1/2018 | 47 | | | | | | | | | |
| 4/1/2018 | 48 | | | | | | | | | |
| 5/1/2018 | 49 | | | | | | | | | |
| 6/1/2018 | 50 | | | | | | | | | |
| 7/1/2018 | 51 | | | | | | | | | |
| 8/1/2018 | 52 | | | | | | | | | |
| 9/1/2018 | 53 | | | | | | | | | |
| 10/1/2018 | 54 | | | | | | | | | |
| 11/1/2018 | 55 | | | | | | | | | |
| 12/1/2018 | 56 | | | | | | | | | |
| 1/1/2019 | 57 | | | | | | | | | |
| 2/1/2019 | 58 | | | | | | | | | |
| 3/1/2019 | 59 | | | | | | | | | |
| 4/1/2019 | 60 | | | | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-03020-CCJ<br>Middle District of Florida<br>Orlando<br>Wed Apr 30 15:32:39 EDT 2014 | Christiana Trust, A Division of Wilmington S<br>c/o Carrington Mortgage Services, LLC<br>1610 East Saint Andrew Place, Suite B150<br>Santa Ana, CA 92705-4931 | JPMorgan Chase Bank, National Association<br>Kahane & Associates, P.A.<br>c/o Taji S. Foreman/Marc G Granger<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 |
| JPMorgan Chase Bank, National Association<br>Shapiro, Fishman & Gache, LLP<br>Vivian J Elliott<br>4630 Woodland Corporate Blvd, Suite 100<br>Tampa, FL 33614-2429 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 |
| Carrington Mortgage Se<br>1610 E Saint Andrew Place Sutie B150<br>Santa Ana, CA 92705-4931 | Central Fl Educators F<br>1200 Weber St<br>Orlando, FL 32803-3398 | Central Fl Educators F<br>Webber Street<br>Orlando, FL 32802 |
| Chase<br>324 W Evans St<br>Florence, SC 29501-3430 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Chase Manhattan Mortgage<br>Attn: Bankruptcy Dept<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Christina Trust<br>Div of Wilmington Savings Fund Society<br>Eugene Martell<br>201 E Pine St Ste 730<br>Orlando FL 32801-2763 | Citimortgage Inc<br>Po Box 6243<br>Sioux Falls, SD 57117-6243 |
| Cntrl Fl Edu<br>Attn Bankruptcy<br>1000 Primera Blvd<br>Lake Mary, FL 32746-2194 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | (p)FAIRWINDS CREDIT UNION<br>3075 N ALAFAYA TRAIL<br>ORLANDO FL 32826-3259 |
| Fifth Third Bank<br>Fifth Third Bank Bankruptcy Department,<br>1830 East Paris Ave.<br>Grand Rapids, MI 49546-6253 | First Horizon Home Loa<br>First Tennesse Bank Attn: Bankruptcy<br>Po Box 1469<br>Knoxville, TN 37901-1469 | First National Bank Of<br>652 Del Prado Blvd N<br>Cape Coral, FL 33909-2253 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Green Point Savings<br>Po Box 130424<br>Roseville, MN 55113-0004 | Hsbc/bstby<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | JPMorgan Chase Bank, NA<br>c/o Allyson L Sartoian, Esq<br>Phelan Hallinan, PLC<br>2727 West Cypress Creek Road<br>Ft Lauderdale FL 33309-1721 | Martin Laceks Accounting<br>2703 Summerfield Road<br>Winter Park, FL 32792-5111 |
| Midland Mortgage Company/Mid First Bank<br>Attention: Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73126-0648 | (p)NATIONSTAR MORTGAGE<br>PO BOX 630267<br>IRVING TEXAS 75063-0116 | Ocwen Loan Servicing L<br>3451 Hammond Avenue<br>Waterloo, IA 50702-5345 |

| | | |
|---|---|---|
| Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | Sears/cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Select Portfolio Servicing<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 |
| Southern Com<br>250 N Orange Ave<br>Orlando, FL 32801-1819 | Suntrust Mortgage/cc 5<br>Attn:Bankruptcy Dept<br>Po Box 85092 Mc Va-Wmrk-7952<br>Richmond, VA 23285-5092 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Wachrl<br>Pob 3117<br>Winston Salem, NC 27102-3117 | Wells Fargo<br>1 Home Campus X2303-01a<br>Des Moines, IA 50326 | Wells Fargo Bank Nv Na<br>Attn: Deposits Bankruptcy MAC# P610<br>Po Box 3908<br>Portland, OR 97208-3908 |
| Willows First Addition HOA<br>c/o PRIMAC Realty<br>218 S Lake Cortez Drive<br>Apopka, FL 32703-4816 | Darda Bieberle<br>2606 Maden Trail<br>Winter Park, FL 32789 | L William Porter III<br>Bogin, Munns & Munns, P.A.<br>2601 Technology Drive<br>Orlando, FL 32804-8003 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fairwinds Credit Union<br>3075 N Alafaya Trl<br>Orlando, FL 32826 | (d)Fairwinds Credit Union<br>Attention: Bankruptcy<br>3075 N. Alafaya Trail<br>Orlando, FL 32826 | Nationstar Mortgage LLC<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 |
| The Home Depot/CBSD<br>Citibank USA/Attn: Centralized Bankruptc<br>P.O. Box 20363<br>Kansas City, MO 64195 | (d)Unvl/citi<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Ocwen Loan Servicing L | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     1<br>Total                  43 |